UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JAMIE DEWAYNE HAYNES** | **CIVIL ACTION NO. 21-3830** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **JERRY GOODWIN** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Respondent Jerry Goodwin's motion, [doc. # 8], is **GRANTED** and that Petitioner Jamie Dewayne Haynes's Petition for Writ of Habeas Corpus, [doc. # 1], is **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 8th day of February 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE